# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MAURICE WILLIAMS, | : | |
| Petitioner, | : | Civ. No. 16-5927 (RBK) |
| v. | : | |
| WILLIE BONDS, et al., | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner, Maurice Williams, is a former state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondents have filed a motion to dismiss the habeas petition due to untimeliness. Prior to this Court ruling on that motion, a procedural issue must be examined.

Mr. Williams lists his address of record in this case at the South Woods State Prison in Bridgeton, New Jersey. However, a review of the State of New Jersey Department of Corrections website indicates that Mr. Williams was released from incarceration at the South Woods State Prison on April 13, 2017. *See https://www20.state.nj.us/DOC_Inmate/details?x=1001410&n=0* (last visited on May 1, 2017).

As of today's date, Mr. Williams has not updated the Court with his new address in this case in violation of Local Civil Rule 10.1. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being appraised of such change by filing a notice of said change with the Clerk."). Therefore, this Court will administratively terminate this case. Mr. Williams shall be given the right to reopen this matter if he provides this Court with an updated corrected address.

Accordingly, IT IS this  2nd  day of May, 2017,

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this matter for petitioner's failure to comply with L. Civ. R. 10.1, with the right to re-open upon petitioner updating his contact information and satisfying the appropriate Rules.

s/Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge